1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

VALADIMIR PARENAGO, an
individual; LIUBOV PARENAGO, an
individual,

        Plaintiffs,

    vs.

JPMORGAN CHASE BANK, et al.,

        Defendants.

Case No. 2:16-cv-05243-AB-AS

**JUDGMENT**

Hon. André Birotte Jr.

18

19

20

21

22

23

    For the reasons more specifically set forth in the Court's Order Granting Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint [D.E. #45],

    IT IS HEREBY ORDERED AND ADJUDGED THAT the First Amended Complaint of Plaintiffs Valadimir and Liubov Parenago ("Plaintiffs") is DISMISSED with prejudice, as to all defendants, and Plaintiffs shall take nothing from defendants by their First Amended Complaint.

24

25

26

27

28

    **IT IS SO ORDERED.**

Dated:  November 14, 2016

_____
Hon. André Birotte Jr.

JUDGMENT